# United States District Court

# Central District of California

# Western Division

| | |
|---|---|
| ALFRED RAY ALLEN, | CV 06-03111 TJH (PLAx) |
| Plaintiff, | |
| v. | Judgment |
| CONTINENTAL CASUALTY | |
| COMPANY, *et al.*, | (#97) ENTJS-6 |
| Defendants. | |

The Court, having considered all of the evidence and the parties' briefs and having issued Findings of Fact and Conclusions of Law, issues the following

judgment.

It is Ordered, Adjudged and Decreed that judgment be, and hereby is, Entered in favor of Defendant and against Plaintiff.

. . . . . . .

It is further Ordered, Adjudged and Decreed that Plaintiff shall take nothing and that each party shall bear its own costs.

Date:   July 23, 2008

_____
Terry J. Hatter, Jr. Senior
United States District Judge